From                                          Page 10

Craig James STRADER #66677
Name
Lansing Correctional Core Civic Facility
P.O. Box 2
301 East Kansas AVE.
Lansing KS. 66043
Address            See attached Letter State of Georgia agrees
This Case Need Circuit Venue Change

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Craig, James STRADER, Plaintiff
(Full Name)

v.

State of Kansas, etal
United States TENTH Cir. Defendant (s)
United State Judge Sam A.
Crow -- The Union of K.O.S.E
See attached Defendant
List -- Defendants are Named In
Official and Individual
Capacity

| | |
|---|---|
| CASE NO. | **21-3204-SAC** |
| | (To be supplied by the Clerk) |

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) _Craig James STRADER_, is a citizen of _United States - State of_
   (Plaintiff)                                    (State)  Kansas

   who presently resides at _Lansing core civic correctional Facility_
   _P.O. Box 2_                          (Mailing address or place
   _(301 East Kansas AVE) Lansing KS. 66043_
   of confinement.)

2) Defendant _STATE OF Kansas -- et. al._ is a citizen of
            (Name of first defendant)
                        _Counties of --_
   _Hutchinson Facility -- El Dorado Facility-Lansing Facility_ and is employed as
   (City, State)      _State of Kansas_

   _Illegally Hold Plaintiff in Custody_. At the time the
                  (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

   _STATE IS Responsible For maintaining well_

   _Being and Constitional Rights Being ment while_
   _Plaintiff is in Custody and UB Torning Laws of our country_
   _See attached Attempt at Second 28-USC-2254_
   _Judge Crow Illegal Regited and Ruled on --_
   _21- Cir-03184-SAC_



**UNITED STATES COURT**                          Tenth Circuit

*page 11*

---

JAMES C. STRADER,

    Plaintiff - Appellant,

v.



STATE OF KANSAS; KANSAS
DEPARTMENT OF CORRECTIONS;
SAM A. CROW; TIM O'BRIEN;
CORIZON; ARAMARK; MARCUS L.
DAVIS; (FNU) BELL; MATTHEW
MOORE; FEDERAL PREA LINE
INVESTIGATOR UNIT; J. HOEPNER;
(FNU) RANDOLFF; (FNU) HORSH;
(FNU) FOOS; (FNU) MARTIN; J.D.
GRIFFITHS; ROLANDO TIRADOR;
(FNU) WHITE; (FNU) HOGAN; (FNU)
BUCHANAN; C. KNOUXES; BRENDA
FRAILEY; (FNU) MITCHELL; (FNU)
MCCOLLOUGH; (FNU) SIGNOR; (FNU)
ARRINGTON; (FNU) GILLEY; (FNU)
SANCHEZ; (FNU) MOUNCE; C.
CLEMMONS; (FNU) BLAIR; (FNU)
CORBY; (FNU) HERNANDEZ; (FNU)
CANNON; (FNU) GALLAGER; (FNU)
GALLOWAY; (FNU) SYSSELL; A.
JOHNSON; (FNU) BUTCHER; (FNU)
ECHOLS; D. LEWIS; M. NELSON;
JOHN PETTY; (FNU) SANCHEZ; (FNU)
BYERS; (FNU) TURNER; (FNU)
GOULD; (FNU) LINTZ; ROGER
WERHOLTZ; SAM CLINE; (FNU)
SHUBER; (FNU) SIMMONS; JOE
NORWOOD; J.P. STIFFIN; BILL
SHIPMAN; (FNU) FERDINAN; (FNU)
FERNANDO; (FNU) WILLIAMS; (FNU)
*Sec. of Corrections*
*Jeff Zumada*

*42-USC-1983*
*New Case File*

*attached Defendants*
*List Here*
*page 1 OF*

*attaches TO Court Documents*
*as Documents Request*

District of Kansas

*New Case File*
*Page 12*

**John W. Broomes**
*Retired Federal Judge and Unknown Staff, in their official and individual capacity*

<u>**Defendant**</u>

**Holly L. Teeter**
*Federal Judge, in her official and individual capacity*

<u>**Defendant**</u>

**Sam A. Crow**
*Federal Judge, in his official and individual capacity*

<u>**Defendant**</u>

**Kansas Bar Association**

<u>**Defendant**</u>

**Katie Baird**
*in her official and individual capacity*

<u>**Defendant**</u>

**Reno County Courts**

<u>**Defendant**</u>

**Johnson County Courts**

<u>**Defendant**</u>

**Kansas Department of Corrections**

<u>**Defendant**</u>

**CoreCivic**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

12/1/2020, 10:35 AM

District of Kansas

New Case File
page 13

**Brenda Frailey**

## Defendant

**(fnu) Mitchell**
*CO1*

## Defendant

**(fnu) McCollough**
*OIC SGT*

## Defendant

**(fnu) Signor** → Now Fired For Lying abour Injuries
*CS1*            and miss use of Force · with other
                  Inmates

## Defendant

**(fnu) Arrington**
*SST*

## Defendant

**(fnu) Gilley**
*SST/CO1*

## Defendant

**(fnu) Sanchez**

## Defendant

**(fnu) Mounce**
*SST*

## Defendant

**C. Clemmons**
*OIC Sergeant*

## Defendant

**(fnu) Blair**
*OIC Sergeant*

## Defendant

**(fnu) Corby**
*SST*

12/30/2019, 11:15 AM

District of Kansas

*New Case File*
*Page 14*

**Defendant**

**(fnu) Hernandez**
*CO1*

**Defendant**

**(fnu) Cannon**

**Defendant**

**(fnu) Gallager**

**Defendant**

**(fnu) Galloway**

**Defendant**

**(fnu) Syssell**

**Defendant**

**A. Johnson**
*CS1*

**Defendant**

**(fnu) Butcher**
*Correctional Officer*

**Defendant**

**(fnu) Echols**
*CS1/D.R. Board*

**Defendant**

**D. Lewis**
*Unit Team*

**Defendant**

**M. Nelson**
*E.A.I. Deputy Warden*

**Defendant**

**John Petty**
*SGT/OIC*

12/30/2019, 11:15 AM

istrict of Kansas

*page 15*
*New Case File*

**Joe Norwood**
*Former Secretary of Corrections*

**Defendant**

**J. P. Stiffin**
*Lansing Correctional Facility*

**Defendant**

**Bill Shipman**
*Lansing Correctional Facility*

**Defendant**

**(fnu) Ferdinan**
*Doctor*

**Defendant**

**(fnu) Fernando**
*Doctor*

**Defendant**

**(fnu) Williams** → *Now Deceased after Turning witness*
*Doctor*

**Defendant**

**(fnu) Yarnell**
*Doctor*

**Defendant**

**(fnu) Thorp** → *Turned witness*
*Mailroom, Lansing Correctional*
*Facility*

**Defendant**

**(fnu) Santos**
*Mailroom, Lansing Correctional*
*Facility*

**Defendant**

**Butler and Associates**   *minus Stephanie B poyer*
*Listed witness*

12/30/2019, 11:15 AM

istrict of Kansas

*page 16*

*New Case File*

## Defendant

(fnu) Sanchez

## Defendant

(fnu) Byers
*SST*

## Defendant

(fnu) Turner
*CSI*

## Defendant

(fnu) ~~Goad~~ Goad
*SST/CO1*

## Defendant

(fnu) Lintz
*CO1*

## Defendant

Roger Werholtz
*Former Secretary of Corrections*

## Defendant

Sam Cline
*Warden, El Dorado Correctional
Facility*

## Defendant

(fnu) ~~████~~ *SHumer — Spelling maybe Incorrect*
*Hutchinson Correctional
Facility*

## Defendant

(fnu) Simmons
*Former Secretary of Corrections*

## Defendant

*Sonya S. Latzke
H/o Hunt*

12/30/2019, 11:15 AM

istrict of Kansas

Page 17
New Case File

capacity

**Defendant**

**Tim O'Brien**
*Clerk of the Court, in his official
capacity*

**Defendant**

**Corizon**

**Defendant**

**Aramark**

**Defendant**

**Marcus L. Davis**
*Unit Team*

**Defendant**

**(fnu) Bell**
*Unit Team Manager*

**Defendant**

**(fnu) Bell**
*Nurse, El Dorado Correctional
Facility*

**Defendant**

**Matthew Moore**
*Unit Team*

**Defendant**

**Federal PREA Line
Investigator Unit**
*unknown agents other than Ms.
Yancy*

**Defendant**

**J. Hoepner**
*Unit Team*

12/30/2019, 11:15 AM

District of Kansas

*Page 18*

*New case File*

**Defendant**

**(fnu) Randolff**
*Unit Team Manager*

**Defendant**

**(fnu) Horsh**
*Unit Team/E.A.I.*

**Defendant**

**(fnu) Foos**
*Unit Team/E.A.I.*

**Defendant**

**(fnu) Martin**
*Unit Team*

**Defendant**

**J. D. Griffiths**
*E.A.I. Investigators S.A.*

**Defendant**

**Rolando Tirador**
*E.A.I./CO1*

**Defendant**

**(fnu) White**

**Defendant**

**(fnu) Hogan**

**Defendant**

**(fnu) Buchanan**
*CSII*

**Defendant**                It's spelled

**C. Knouxes**              Knowles
*Property Claims Officer*  E. D. C. F

**Defendant**

Centrion    Employed Same medical STAFF
            Envolved In cover Up.

istrict of Kansas

*Page 1 9*
*New Case*
*File*

## Defendant

**Lansing Correctional Facility**
*E.A.I.*

## Defendant

~~Hartley~~ K. Hartley

*Property Claims, Lansing*
*Correctional Facility*

## Defendant

**Ross (lnu)**
*Property Claims, Lansing*
*Correctional Facility*

## Defendant

**Kansas Bureau of**
**Investigation**
*Unknown Agents*

## Defendant

**J. Butler**
*Deputy Warden, El Dorado*
*Correctional Facility*

## Defendant

**Trish Rose**
*Reno County District Court*
*Judge*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2019 | 1 | COMPLAINT filed by Plaintiff James C. Strader. (Attachments: # 1 Exhibits) (smnd) (Entered: 10/28/2019) |
| 10/28/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff James C. Strader. (smnd) (Entered: 10/28/2019) |

12/30/2019, 11:15 AM

*page 20*
*New  case File*

| 10/28/2019 | 3 | Letters from Plaintiff James C. Strader. (smnd) (Entered: 10/28/2019) |
|---|---|---|
| 10/29/2019 | 4 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Holly L. Teeter for all further proceedings. Senior District Judge Sam A. Crow no longer assigned to case. Entered by Deputy Clerk on 10/29/19. Mailed to pro se party James C. Strader by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 10/29/2019) |
| 10/30/2019 | 5 | Letter to Ingrid A. Campbell from Plaintiff James C. Strader. (smnd) (Entered: 10/30/2019) |
| 10/30/2019 | 6 | MOTION to Recuse Judge Sam A. Crow by Plaintiff James C. Strader. (smnd) (Entered: 10/30/2019) |
| 10/30/2019 | 7 | MEMORANDUM AND ORDER ENTERED: Plaintiff is granted to and including November 13, 2019, to submit an initial partial filing fee of $2.00 to the clerk of the court. Plaintiff is granted to and including November 13, 2019, to submit an amended complaint that complies with the Federal Rules of Civil Procedure and the directions of the Court. Plaintiff shall file no other documents until further order of the court. Plaintiff's motion to recuse the Honorable Sam A. Crow (Doc. 6 ) is denied as moot. Signed by District Judge Holly L. Teeter on 10/30/19. Mailed to pro se party James C. Strader by regular mail. (smnd) (Entered: 10/30/2019) |
| 11/01/2019 | 8 | STRICKEN PURSUANT TO ORDER 25 FILED 11/05/19 -- NOTICE by Plaintiff James C. Strader re: defendants listed in 1 Complaint. (smnd) Modified text on 11/5/2019. (smnd) (Entered: 11/04/2019) |
| 11/04/2019 | 9 | STRICKEN PURSUANT TO ORDER 25 FILED 11/05/19 - MOTION for Immediate Orders by Plaintiff James C. Strader. (smnd) Modified text on 11/5/2019. (smnd) (Entered: 11/04/2019) |
| 11/04/2019 | 10 | STRICKEN PURSUANT TO ORDER 25 FILED 11/05/19 - SUPPLEMENT to 8 Notice by Plaintiff James C. Strader re: defendants listed in 1 Complaint. (smnd) Modified text on |

*This was stricken out They Refiled and after 25*



*Page 20*
*New Case File*

3) Defendant _Tenth Circuit United States Courts_ is a citizen of
(Name of second defendant)

_Kansas and Colorado Districts_ , and is employed as
(City, state)

_Court was and is Responsible To Follow Law_ At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state and Federal

law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain: and color of Federal

_Court Violated Plaintiff's Rights as a Victim_
Reno Co. tes
_and as a Defendant in Case # 03-CR-123 and_
_Case # 03-CR-369 Jo. Co. tes._

(Use the back of this page to furnish the above information for additional defendants.)

Kansas Supreme Court who Has False
Information and Testimony on Lexis News telling (see attached)
Defendant a child molester - when He is Not

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_National Security Counsel_

_National Court -- with Integrity Unit_
_Internal Affair's -- and commission Dis Qualification_
B. NATURE OF THE CASE   Panel -

1) Briefly state the background of your case: See Able of Contents

_Plaintiff was Badly Assaulted By Respondents_

_working Kansas Dept of Corrections -- See attached_

_Brelf -- see R.O.R's Filed U.S. Court House_

_ALL marked in RED -- proves Case of Sodomy Rape_

_violating 42-USC-15601 see Case Number 20-cv-03135-3-B_

_R.O.A. Filed as Exhbt - see Kansas Lerrer Head - Nurse Fishers_

_Report Dated 3-4-2018 -- Also proves Attempted murder_

_on Many Levels -- Court Violated Petitioner Rights_
_To Counsel In a Criminal Civil Rights appeal_
_Case # 19-cv-3137-SAC - Court Refused Plaintiff_   2
_Counsel / Judge Crow_



Attached Sheets with Show        page 27
all count's — more clearly
(Note — Plaintiff is not a lawyer)

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I:  Life Endangerment  Illegal Containment Violating Constitutional

Right's and Law — State Statutes Do not

over Ride constitutional Law —

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):
See attached Typed Notes

Judge Crow and The Tenth Circuit Court

Violated K.S.A. Law's The Federal court's Have in

Place For State officials To Follow Same Law's

They Half To Follow Themselves K.S.A. 19-2609

Due Not Followed — Witnesses and Family of Plaintiff

Lost Lives — who Need Protection — one Son was Judge Ester Salas

Son — The other was The murdered Family

B) (1) Count II:  Att — murder / murder — Accomplice To

murder     (See attached Notes)

(2) Supporting Facts: Plaintiff Notified Governor officials Fed and 2 State

Lines of crimes occurring Involving Person Staff

official's Breaking State and Federal Law's who

Threatened Him and Family and His witnesses

That Resulted In Deaths and Attacks On Plaintiff

His witnesses — Even Family — Court Staff Ignored It  ³⁄₃

CIVIL RIGHTS COMPLAINT §1983

( Listed Defendants sheet also Describes
Court's Error's and Listed Named Defendants crimes )

C) (1) Count III: _Court STAFF and Judges Knowingly_
_Refused Plaintiff a Lawyer -- in Plaintiffs_
_Defense To State Cases and Claim_

(2) Supporting Facts: _See attached R.O.A.'S_
_U.S. Tenth Circuit ~ and Those Filed_
_Documents prove He was Begging For Help_
_But Judge Crow's personal Issues with Plaintiff_
_and Marshal Art's world -- clouded His Judgment._

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☑ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)  _See Filed R.O.A. with ALL_
_Listed as Evidence Cases_

a) Parties to previous lawsuit:

Plaintiffs: _James C. STRADER_

Defendants: _Tenth Circuit Court of APPEAL'S etd,_

b) Name of court and docket number _District of Kansas Topeka_
_Civil Docket For 20-cv-03135-JWB-ADm -_

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?) _Dismissed_
( Court should not Have Handle a Case against Them )

d) Issues raised _Please Review ALL of Case_
_Plaintiff Still Had Head Injury Issues During_
_That Had memory Issue -- But Plaintiff_
_was Not Having mental Issues -- Has_
_EX STAFF mental Health who will Testify To Those_
_Facts_     _Responsents Tried_
_Then lied on mental Report._    4

e) Approximate date of filing lawsuit ___5 - 12 - 2020___

f) Approximate date of disposition ___12 - 7 - 2020___

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

> I wrote Bryer Committee
> I wrote Federal commissions -- and so one
> Gave it to Judge Sam A. Cro- Floor During
> Case Number I also Have pending State Case
> Leslee Farhallah Hurdles

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

> Vacate of Sentence -- Record completely
> Cleaked - with a Full Name and
> Social Change and Removel From All
> Data Base's with Immediate Release
> From Illegal Confinement --- Any confinement
> and Civil Settlements Jury Deam's Fitting - or
> the Courts

_____          _____ *Geo Jass* _____ #66677
Signature of Attorney (if any)                Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5