Must Be Front and Backed Pages 1 Thru 20
Pages 210 Thru 217
Courts R.O.A. Documents
Front & Back
Evidence Cases

# UNITED STATES DISTRICT COURT
## District of Kansas

___Craig James Strader #66677___
Plaintiff/Petitioner

✓

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER**

___State of Kansas et al___
Defendant/Respondent
See attached Documents

New Case File

**CASE NUMBER**   21-3204-SAC

I, ___Craig James Strader___, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other
and victim

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☑ Yes      ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___Lansing___
   Are you employed at the institution? ___No   Illegally Detained in Seg___
   Do you receive any payment from the institution?
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Do you have **any** cash or checking or savings accounts? ☑ Yes ☐ No

   If "Yes," state the total amount.   Forced Savings Shows
   $152.00

page 2

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at: __Lansing Facility H.S__     _[signature]_
           (Location)                    (Signature)

__AUG-28-2021__                          __#66677__
(Date)                                   (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

The Following shows cause to proceed — Due Lives Been Lost see attached Document Notorized Nov-25-2019
proves Murdaugh Family and Sales Family were In Danger with others Such as Plaintiffs Babys momma Echo michelle Lloyd

There is a Trent Lloyd working Here and One that links to case#03-CR-177

Strader (ID 66677)
**Petitioner/Declarant,**

v.

Kansas State of et al
**Court/Respondant(s)/Defendant(s),**
Butler and Associates They are listed
Respondants

plus Files to

Strader v. Tenth Circuit APPEALS et al,

## DUE PROCESS GUARANTEE—SUBSTANCE OVER FORMAT
## RIGHT TO UNABRIDGED ACCESS COURTS

NOW COMES Petitioner/Declarant, Pro Per/Pro Se (in my Proper Person and for Myself), and gives to inform this court and respondant(s)/Defendant(s) that, per United States Constitution Amendment I, I am GUARANTEED the right to Petition the government for a redress of grievances, and furthermore, Constitutional Amendments V & XIV Due Process Clauses Guarantee me the same right to unabridged access to the courts, regardless of format or form, or absent the use of any specific "Forms" that the court may have pre-made for any such pleading. This court does not have the Constitutional Authority to deny me access for failure to follow rules that require double-spacing, single sided print, or anything else. The only thing that is required is "a short and plain statement of the claim that will give a defendant fair notice of what a plaintiff's claim is and the grounds upon which it rests."

In Support of this Declaration of Due Process
I present the Following Facts and Authorities:

New Case File
_____

▶ **Conley v. Gibson, 355 U.S. 41 [1957]:**
○ LexisNexis® Headnote 6—Complaints, Requirements for Complaint:
"The Federal Rules of Civil Procedure (Rules) do not require a claimant to set out in detail the facts upon which he bases his claim. To the contrary, all the Rules require is a short and plain statement of the claim that will give a defendant fair notice of what a plaintiff's claim is and the grounds upon which it rests. Fed. R. Civ. P. 8(a)(2). Such simplified "notice pleading" is made possible by the liberal opportunity for discovery and the other pretrial procedures established by the Rules to disclose more precisely the basis of both claim and defense and to define more narrowly disputed facts and issues. All pleadings shall be so construed as to do substantial justice. Fed. R. Civ. P. 8(f). The Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits."

▶ **United States v. Morgan, 346 U.S. 502 [1954]**
○ LexisNexis® Headnote 2—Relief From Judgments, Void Judgments:
Federal courts should act in doing justice if the record makes plain a right to relief. The writ of habeas corpus commands general recognition as the essential remedy to safeguard a citizen against imprisonment by state or nation in violation of his constitutional rights. To make this protection effective for unlettered prisoners without friends or funds, federal courts disregard legalistic requirements in examining applications for the writ and judge the papers by the simple statutory test of whether facts are alleged that entitle the applicant to relief.

*[Handwritten note at top: Exhibit References Case Law Filed with all motions and commissions complaint]*

☼Darr v. Burford, 339 U.S. 200, 203-204: "The writ of habeas corpus commands general recognition as the essential remedy to safeguard a citizen against imprisonment by State or Nation in violation of his constitutional rights. To make this protection effective for unlettered prisoners without friends or funds, federal courts have long disregarded legalistic requirements in examining applications for the writ and judged the papers by the simple statutory test of whether facts are alleged that entitle the applicant to relief."

▶SMITH v. STATE, 22 Kan.App.2d 922 [1996]: "We can think of no good reason for concluding that the caption of a pleading should control over its content. This is particularly true in the case of a pro se pleading. Under these circumstances, we have long held that substance must control over form... These decisions recognize that something more than a strict adherence to form is occasionally necessary in the interests of justice and judicial economy. It is clear to us that in this case a great deal of confusion, not to mention time, could have been avoided by recognizing the substance of petitioner's motion to dismiss and by dismissing the action and allowing him to start the process anew. The rule we announce in this case is designed to give preference to substance over form in dealing with pro se motions under K.S.A. 60-1507." *[Handwritten: For case No's 03-cr-000173 [struck through] New Case File [struck through]]*

WHEREFORE, this court shall "disregard legalistic requirements in examining applications for the writ and judge the papers by the simple statutory test of whether facts are alleged that entitle the applicant to relief." This includes other actions and pleadings other than a Writ of Habeas Corpus.

Respectfully Submitted,

C. [signature] #66677
Petitioner/Declarant, Pro Per/Pro Se
♦Sui Juris♦

*[Handwritten: Certificate of Service]*

*[Handwritten: page 4]*

*[Handwritten: Motion To Show Cause Continues pg...]*



STrader (ID 66677)
**Declarant/Petitioner**

V.

Kansas State OF, et al,
**Respondent(s)/Defendant(s)**

also Files to =STrader V. Tenth circuit OF APPEAL's et al,

## JUDICIAL NOTICE: COURT ACCESS "WITHOUT PURCHASE"

New Case File

NOW COMES Declarant, STrader (ID 66677), Pro Se (For Self), Pro Per (In My Proper Person), Sui Juris and De Jure (Legally Competent and of Legal Right) and gives JUDICIAL NOTICE of Readily Verifiable Facts that are not Subject to Dispute, to inform this court that ANY and ALL Court Costs and Filing Fees, for any action that I file in this instant case/controversey, are VOID Ab Initio (of No Legal Force from the Beginning), as the United States and other State Constitutions GUARANTEE me the Right to Access the Courts "Without Purchase".

The following is in support of this JUDICIAL NOTICE:

☼ **Kansas Constitution Bill of Rights §18 -- Justice Without Delay:** "All Persons, for injuries suffered in Person, Property, or Reputation, shall have Remedy by Due Course of Law, and Justice Administered WITHOUT DELAY."

☼ **Indiana Constitution Article 1, §12 -- Open Courts—Due Course of Law—Administration of Justice:** All Courts shall be Open; and Every Person, for injury done to him in his Person, Property, or Reputation, shall have Remedy by Due Course of Law. Justice shall be administered FREELY, and WITHOUT PURCHASE, Completely, and WITHOUT DENIAL; Speedily, and WITHOUT DELAY.

*NOTE: Kansas Citizens are GUARANTEED the same Indiana Constitution Article 1, §12 via the Federal Constitutions Article 4, §2 "Privileges and Immunities" Clause: McBurney v. Young, 569 U.S. 221 [2013]: "The object of the Privileges and Immunities clause is to strongly constitute the citizens of the United States as ONE PEOPLE, by placing the citizens of each State upon the Same Footing with Citizens of other States, so far as the advantages resulting from citizenship in those States are concerned."



*Exhibit References & Case Law*
*Filed with all motions and commissions complaint* (page 6)

☼ **Smith v. Bennett, 365 U.S. 708 [1961]:**
  ○ LEXIS HN1 -- Prisoner Rights, Access to Courts: "To interpose any financial consideration between an indigent prisoner of a state and his exercise of a state right to sue for his liberty is to deny that prisoner the equal protection of the laws."
  ○ LEXIS HN2 -- Prisoner Rights, Access to Courts: "A state cannot constitutionally require an indigent defendant in a criminal case to pay a filing fee before permitting him to file a motion for leave to appeal in one of its courts."
  ○ LEXIS HN5 -- Equal Protection, Poverty: "There can be no Equal Justice where the kind of trial a man gets depends on the amount of money he has."
  ○ LEXIS HN6 -- Prisoner Rights, Access to the Courts: "The imposition by a state of Financial Barriers restricting the availability of Appellate Review for Indigent Criminal Defendants has no place in the American heritage of Equal Justice under law."

*New Case File*

WHEREFORE, it is clear that ALL PERSONS -- Most Especially Indigent Criminal Defendants -- have the right to Court Access "Without Purchase". This is a Constitutional Guarantee, also secured by the 1st Amendment's Command that "Congress Shall make NO LAW... Abridging ... the Right of the People ... to Petition the Government for the Redress of Grievances." No Congressional or State statute has the authority to "Abridge" this Constitutional Guarantee, and courts are Strictly Bound by the Guarantees of our Constitution. All court requests for Filing Fees to Access the Courts are Constitutional Prohibited.

*Certificate of Service*

Respectfully Submitted:

_____#66677_____
Declarant/Petitioner, Pro Se/Pro Per

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

2

In The United States District [Page 1 of 2 Front & Back]
Kansas For Federal Marshalls
and Clerks of The Court's.

Evidence in Plaintiff in Danger By Respondents Page 788 New Case File

STATEMENT From Plaintiff
NOV-25-2019
From Custody of Defendants.

I, James STRADER #66677

Here By Declare Witnesses. I've Declared In Case along with my Family are under Threat ... By Respondent's Involved Listed as Defendants [Reported to E.A.T.] Some are Court House STAFF of The United States Court's and Related To STAFF of The United States Court's

[U.S. Judges
Esther Salas
Gwyenn E. Birzer]

[Stephanie B. Poyer of Butler and Associates]
[David and Philip Leon U.S. Courts
Linda Small - Erle YOST]

Officer's Claiming They are military - Proud Boy's Org. Private Contractor's Working K.D.O.C. also Calling Themselves Q-Nan made Threats with other's - Claiming Sleeper Cell also Reported 2018. STAFF OF E.D.C.F. under Threat and Ones Listed In my address Books --- [Crystal Babcock-Related To Trump-people may take cover]
[Murdaugh Family N. Carolina] [Miss Higbee]
[Melissa J. Leon] [Jennifer Ryan and our kids] [Bolger Family]
[Miss Salas] [Miss Rodriguez] [Mr and Miss YOST]
[Ashley Houston] [Miss Cantowan?] [Miss Pantowan
[Angel Smith protected w/ by] [Echo Michelle Lloyd] [Lewis and Angie Streets]

Mike Smlasr. 913-722-6802 et al,

Previous Filed Case's
[Reno Co. Ks Court 03-CR-173]
[Johnson Co. Ks Court 03-CR-369]

U.S. Court
19-CV-3102-SAC
19-CV-3137-SAC

also proves Courthouse STAFF is in violation with Respondents of KSA 19-2609 and Threats of other's willing to testify. This Document is being done In Case Something Happen's To me. Inmate witnesses are also Under Threat -- Some Have Died.

I certify all is true with in motion's and Files/Statement with Today's Date of Nov. 25-2019 to be placed in mail by me this Day to the Courts and Marshal's Courts Integrity Unit.

C. Jms ✍ #66677

James STRADER #66677
From Custody of Respondents/Defendants of the Kansas Dept of corrections.

Notory is witness to statements and motion's Filed

Notory Seal

JORGE A. HERNANDEZ
Notary Public - State of Kansas
My Appt. Expires 7/22/20

New File
Pages Due food Allergy
of evidence is
PLaintiff is in
Danger
In Respondents
Custody is self
Evi – Respons.
Unit – Housing

Page 2 of 2
Plaintiff's Statement
attached to Statement of Claims

page 9    (03-CR-1732)

```
4/02/2021      7:52:16              Kansas Department of Corrections         PGM - BKR0050B      Page   1
                                    Inmate Account Statement

Inmate:  0066677 STRADER,JAMES,C

                                    Average Cash    Average Forced    Average Mandatory
                    Total Deposits     Balance*    Savings¹ Balance*  Savings² Balance***

September:               .00             .23           1.73              .00
October:                 .00             .23           1.73              .00
November:                .00             .18           1.73              .00
December:                .00             .08           1.73              .00
January:                 .00             .08           1.73              .00
February:                .00             .08           1.73              .00
                      -------         -------        -------           -------
Total all Months:        .00             .88          10.38              .00

Average for Preceding Months:**         .15           1.73              .00

Current Available Balance as of 4/02/2021:   .00     1.73
```

*NOTE: The average balance is calculated from the account data for the inmate location at the time interest is posted to his/her account for cash, forced savings, and mandatory savings.

**NOTE: Average balance for preceding months is calculated from only months for which interest has been posted.

***NOTE: Mandatory savings cannot be spent on court costs or attorney fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of deposits and average daily balances for the period shown. The current balance of available funds is as reflected in the above statement.

_Natalie Stanley_   4/2/2021
Signature of Authorized    Date

Certify Correct:
KANSAS DEPARTMENT OF CORRECTIONS
714 SW Jackson, Suite 300
Topeka                    KS  66603-0000    Accountant II
                                            Position

¹Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 l(g).

Forced Savings Shows $152.00

This Inncorrect Bur It's Not